IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 219

| | | |
|---|---|---|
| CULTURAL LANDSCAPE GROUP: FLAT ROCK, ANNE COLETTA, AND PAUL COLETTA, | ) ) ) ) | |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| VILLAGE OF FLAT ROCK, MAYOR ROBERT STATON, AND PATRICIA CHRISTIE, | ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 12) filed by David G. Guidry. The Motion indicates that Mr. Guidry, a member in good standing of the Bar of this Court, is local counsel for Plaintiffs and that he seeks the admission of Karam Hijji, who the Motion represents as being a member in good standing of the Bar of the District of Columbia. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 12) and **ADMITS** Karam Hijji to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: July 17, 2019

W. Carleton Metcalf
United States Magistrate Judge