IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 219

| | | |
|---|---|---|
| CULTURAL LANDSCAPE GROUP: FLAT ROCK, ANNE COLETTA, AND PAUL COLETTA, | ) ) ) ) | |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| VILLAGE OF FLAT ROCK, MAYOR ROBERT STATON, AND PATRICIA CHRISTIE, | ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 11) filed by David G. Guidry. The Motion indicates that Mr. Guidry, a member in good standing of the Bar of this Court, is local counsel for Plaintiffs and that he seeks the admission of James D. Yates, who the Motion represents as being a member in good standing of the Bar of the District of Columbia. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 11) and **ADMITS** James D. Yates to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: July 17, 2019

W. Carleton Metcalf
United States Magistrate Judge