**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:19-cv-00219-MR**

| | |
|---|---|
| CULTURAL LANDSCAPE GROUP: FLAT ROCK, ANNE COLETTA, AND PAUL COLETTA, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) **O R D E R** |
| VILLAGE OF FLAT ROCK, MAYOR ROBERT STATON, SIGN ENFORCEMENT OFFICER PATRICIA CHRISTIE, | ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on the parties' Joint Motion for Entry of a Preliminary Injunction. [Doc. 27]. The parties both consent to the entry of an injunction as detailed in the filed Motion.

**ACCORDINGLY, IT IS, THEREFORE, ORDERED** that the parties' Joint Motion for Entry of Preliminary Injunction [Doc. 27] is **GRANTED** as follows:

The Village of Flat Rock, North Carolina ("Flat Rock" or the "Village"), Mayor Robert Staton ("Mayor Staton"), and Sign Enforcement Officer Patricia Christie (the "SEO," "Sign Enforcement Officer" or "Defendant

Christie" and, collectively with the Village, the "Defendants") and their officers, agents, servants and employees, and those persons in active concert or participation with them who receive actual notice of this Consent Injunctive Order by personal service or otherwise are hereby enjoined from enforcing the Village of Flat Rock's Sign Control Ordinance against any political sign.  The Defendants are ordered to amend the Village of Flat Rock's Sign Control Ordinance within sixty (60) days of the entry of this Order.  This action will be stayed for sixty (60) days following the entry of this Preliminary Injunction in order to provide time to amend the Sign Control Ordinance.  Cultural Landscape Group: Flat Rock, Anne Coletta, and Paul Coletta (collectively the "Plaintiffs"), through counsel, will actively participate in the process of amending the Sign Control Ordinance.

**IT IS FURTHER ORDERED** that the Plaintiffs and the Defendants will jointly file a final version of an amended Sign Control Ordinance that is acceptable to both the Plaintiffs and the Defendants within sixty (60) days of the entry of this Preliminary Injunction.  If the parties are not able to agree on all provisions of an amended Sign Control Ordinance, the Court will enter an appropriate case management order.  This Order will otherwise remain in force pending further order of the Court.  Each party is responsible for his/her/its own legal fees and costs related to the motion for Preliminary

Injunction, and neither the Plaintiffs nor the Defendants will be responsible to pay the others' costs related thereto.

**IT IS SO ORDERED.**

Signed: August 29, 2019

Martin Reidinger
United States District Judge