# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:19-cv-00219-MR

| | |
|---|---|
| CULTURAL LANDSCAPE GROUP: FLAT ROCK, ANNE COLETTA, AND PAUL COLETTA, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) **O R D E R** ) |
| VILLAGE OF FLAT ROCK, MAYOR ROBERT STATON, SIGN ENFORCEMENT OFFICER PATRICIA CHRISTIE, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on the parties' Joint Motion to Extend Stay [Doc. 30].

For the reasons stated in the parties' Joint Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Extend Stay [Doc. 30] is **GRANTED**, and the consent injunction and stay of the procedural schedule of this matter are hereby **EXTENDED** until **December 18, 2019**, in order for the parties to finalize the amended Ordinance and resolve this matter.

**IT IS SO ORDERED.**

Signed: November 19, 2019

Martin Reidinger
United States District Judge