# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Anne Coletta | ) | JUDGMENT IN CASE |
| Cultural Landscape Group: Flat Rock | ) | |
| Paul Coletta, | ) | |
| | ) | |
| Plaintiff(s), | ) | 1:19-cv-00219-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Patricia Christie | ) | |
| Village of Flat Rock | ) | |
| Robert Staton, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 9, 2020 Order.

January 9, 2020

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court